**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02721-LTB

MATTHEW A. SMITH,

    Plaintiff,

v.

MIKAYLA J. MAUSER,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Amended Complaint" (ECF No. 14) and "Motion for Stipulated Protective Order" (ECF No. 15) will not be considered and the "Motion for Stipulated Protective Order" (ECF No. 15) is DENIED because the instant action was dismissed by order filed on November 26, 2012.

Dated:  October 30, 2013